FILED
February 19, 2010
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
D23

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF CALIFORNIA
### CIVIL MINUTE ORDER

| | | | |
|---|---|---|---|
| **Case Title:** | Daryl R. Sanbeck and Carrie M. Sanbeck | **Case No:** | 09-45582 - B - 7 |
| | | **Date:** | 2/16/10 |
| | | **Time:** | 09:31 |
| **Matter:** | [15] - Motion/Application for Relief from Stay [PPR-1] Filed by Creditor U.S. Bank, N.A. (Fee Paid $150) (dpas) <br> [15] - Motion/Application for Adequate Protection [PPR-1] Filed by Creditor U.S. Bank, N.A. (dpas) | | |
| **Judge:** | Thomas Holman | | |
| **Courtroom Deputy:** | Sheryl Arnold | | |
| **Reporter:** | Diamond Reporters | | |
| **Department:** | B | | |

**APPEARANCES for:**
**Movant(s):**
**Respondent(s):**

CIVIL MINUTE ORDER

Findings of fact and/or conclusions of law are appended to the civil minutes and good cause appearing.

IT IS ORDERED that the motion is granted in part. The automatic stay is modified as against the estate and the debtors pursuant to 11 U.S.C. § 362 (d)(1) and (d)(2) in order to permit the movant to foreclose on the real property located at 1600 Allenwood Circle, Lincoln, CA (APN 328-160-031-000) ("Property") and to obtain possession of the Property following the sale, all in accordance with applicable non-bankruptcy law. The 10-day period specified in Fed. R. Bankr. P. 4001(a)(3) is not waived. Except as so ordered, the motion is denied.

Dated: February 19, 2010

Thomas C. Holman
United States Bankruptcy Judge